FILED

AUG 24 2010

SUSAN M SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE NINTH CIRCUIT**

FILED

**Aug 24, 2010**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | BAP No.   EC-10-1290 |
| RAJ SINGH, | Bk. No.   10-28544 |
| Debtor. | Adv. No.   10-02231 |
| | CAED No. 2:10-mc-0084 FCD EFB |
| RAJ SINGH, | |
| Appellant, | |
| v. | **ORDER TRANSFERRING IFP MOTION** |
| LAWRENCE J. LOHEIT, Chapter 13 Trustee; UNITED STATES TRUSTEE; KAREN SINGH, | |
| Appellees. | |

Before:  HOLLOWELL, DUNN and PAPPAS, Bankruptcy Judges.

This appeal has been judicially reviewed.  On July 28, 2010, appellant filed a notice of appeal from the bankruptcy court's July 13, 2010 judgment dismissing the above-referenced adversary proceeding.

Appellant filed a motion for leave to proceed in forma pauperis on July 28, 2010, which has been forwarded to the BAP.

Under the holding of Perroton v. Gray (In re Perroton), 958 F.2d 889 (9th Cir. 1992) and Determan v. Sandoval (In re

16

Sandoval), 186 B.R. 490, 496 (9th Cir. BAP 1995), the Bankruptcy Appellate Panel has no authority to grant in forma pauperis motions under 28 U.S.C. § 1915(a) because bankruptcy courts are not "court[s] of the United States" as defined in 28 U.S.C. § 451.

Therefore, appellant's IFP Request is hereby TRANSFERRED to the United States District Court for the Eastern District of California for the limited purpose of ruling on the IFP Motion.

It is appellant's responsibility to take all necessary steps to have the IFP Motion considered by the district court within a reasonable period of time.

No later than **THURSDAY, SEPTEMBER 23**, appellant must file with the BAP and serve on opposing counsel a written response which includes as an exhibit a copy of the district court's order on the IFP Motion or an explanation of the steps appellant has taken to have the IFP Motion considered by the district court.  A briefing schedule will be issued concurrently with entry of this order.

For the convenience of the district court, a copy of the notice of appeal, the order on appeal and the IFP Motion will be forwarded to the district court for consideration.

## BANKRUPTCY APPEAL TRANSMITTAL FORM

TO:    Bankruptcy Appellate Panel of the Ninth Circuit
           125 S. Grand Avenue
           Pasadena, CA 91105

FROM:   U.S. Bankruptcy Court
           Eastern District of California
           District Office No. 0972

DATE:   07/30/10

| FILED |
| :---: |
| **07/30/10** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

BAP# EC-10-1290

Case Name:  Raj Singh

Bankruptcy No.  10-28544 E-13L

Adversary No.  10-02231

Reference No.

Bankruptcy Judge:  Ronald H. Sargis

Date Notice of Appeal Filed:  July 28, 2010

Date of Entry of Order Appealed From:  July 13, 2010

Date Bankruptcy Filed:  April 2, 2010

Date Notice of Appeal and  Notice of
Referral of Appeal Mailed to Parties:  July 30, 2010

Filing Fee Paid?  (Check One)  [ ]  Yes  [✓] No  see in forma Pauperis

*RECEIVED*
*Susan M. Spraul, Clerk*
*U.S. BKCY APP. PANEL*
*OF THE NINTH CIRCUIT*
*AUG 0 2 2010*
*FILED*
*DOCKETED*
*DATE*    *INITIAL*

_Jely Dinong_
Deputy Clerk
U.S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814-2322
(916) 930-4400

EDC 2-850 (Rev. 1/30/06)



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

**07/30/10**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re  Raj Singh ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| _____ Debtor(s) _____ ) | Bankruptcy Case No.   10-28544 E-13L |
| ) | |
| Raj Singh ) | Adversary Proceeding No. 10-2231 |
| ) | RECEIVED |
| Plaintiff(s), ) | Motion Control No. |
| vs. ) | Susan M. Spraul, Clerk |
| Karen Singh ) | U.S. BKCY APP PANEL |
| ) | OF THE NINTH CIRCUIT |
| _____ Defendant(s) _____ ) | AUG 0 2 2010 |

FILED _____

DOCKETED _____
                    DATE        INITIAL

## NOTICE OF REFERRAL OF APPEAL TO THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

The attached notice of appeal has been filed with the Clerk of the U.S. Bankruptcy Court for the Eastern District of California.

**NOTICE IS HEREBY GIVEN** that by virtue of 28 U.S.C. §158,  and orders of the Judicial Council of the Ninth Circuit and the U.S. District Court for the Eastern District of California, the appeal has been referred to the Bankruptcy Appellate Panel of the Ninth Circuit.

**NOTICE IS FURTHER GIVEN** that any party other than the appellant wishing to have the appeal heard by the U.S. District Court must, within 30 days of the date of this notice, file with the Clerk of the Bankruptcy Appellate Panel a separate written statement of election to transfer the appeal to the U.S. District Court for the Eastern District of California.  Upon receipt of a timely statement of election, the Clerk of the Bankruptcy Appellate Panel shall transfer the appeal to the U.S. District Court for the Eastern District of California, in conformity with the foregoing orders and their provisions for election to district court.

For additional information, you may contact the Clerk of the Bankruptcy Appellate Panel for the Ninth Circuit at 125 S. Grand Ave., Pasadena, CA 91105 (telephone: (626) 229-7225).

Dated:  07/30/10

RICHARD G. HELTZEL, CLERK
U.S. BANKRUPTCY COURT
501 I Street, Suite 3-200
Sacramento, CA 95814-2322
(916) 930-4400

BY: _____
                          Deputy Clerk

EDC 5-563 (Rev.1/30/06)

3

NHAS

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

**FILED**

AUG 0 2 2010

JUL 2 8 2010

FILED _____

DOCKETED _____
                    DATE          INITIAL

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

BAP# EC-10-1290

1  Raj Singh
   P.O. Box 162783
2  Sacramento, CA 95816
   In Pro Se
3

4

5

6              THE UNITED STATES BANKRUPTCY COURT
7                 EASTERN DISTRICT OF CALIFORNIA
                    SACRAMENTO DIVISION
                         -ooo-
8

9  In Re to Bankruptcy of Raj        )   Case No. 10-28544-E-13L
   Singh, Debtor                     )   Adv. Proc. No. 10-02231-E
10 - - - - - - - - - - - - - - - - - )
   Raj Singh,                        )
11         Plaintiff,                )   NOTICE OF APPEAL
                                     )
12         v.                        )
                                     )
13 Karen Singh and Does 1-10,        )
           Defendants.               )
14

15     **PETITIONER APPEALS FROM THE**

16  **JUDGEMENT/ORDER FROM THE ADVERSE**

17  **PROCEEDING.**

18  Respectfully submitted

19

20  Raj Singh, petitioner
    Durga, Radha, Jiji Raksha karo

21

22

23

24

25

                         -1-

```
                                        ┌─────────────────────────────────┐
                                        │         FILED                   │
                                        │  ┌───────────────────────────┐  │
                                        │  │      JUL 1 3 2010          │  │
                                        │  └───────────────────────────┘  │
                                        │  UNITED STATES BANKRUPTCY COURT  │
                                        │  EASTERN DISTRICT OF CALIFORNIA  │
                                        └─────────────────────────────────┘
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re                         )   Case No. 10-28544-E-13L
                              )
RAJ SINGH,                    )
                              )
            Debtor(s).        )
_____)
                              )
RAJ SINGH,                    )   Adv. Pro. No. 10-2231
                              )
            Plaintiff(s),     )
v.                            )
                              )
KAREN SINGH and DOES 1-10,    )
                              )
            Defendant(s).     )
_____)

**JUDGMENT**

The Complaint filed by Raj Singh for declaratory relief against Karen Singh having been filed with this court and Plaintiff Raj Singh having requested entry of judgment by evidentiary hearing based upon no answer having been filed, and good cause appearing,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant Karen Singh on all claims in the Complaint, and that Plaintiff's demand for a declaratory judgment that Raj Singh is not Kaus Singh or Suman Mahta is denied.

///

22

5

1    **IT IS FURTHER ORDERED** that Karen Singh may recover her costs

2  and expenses, as permitted the prevailing party, which shall be

3  sought pursuant to a timely costs bill.

4  Dated: July 13, 2010

5                          RONALD H. SARGIS, Judge
                           United States Bankruptcy Court

2



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

07/30/10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re   Raj Singh | ) | Bankruptcy Case No.  10-28544 E-13L |
| | ) | |
| | ) | Adversary No.  10-02231 |
| | ) | |
| | ) | Motion Control No. |
| Debtor(s) | ) | |

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

AUG 0 2 2010

FILED _____
DOCKETED _____
DATE                    INITIAL

### CERTIFICATE OF MAILING

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the attached **Notice of Appeal and Notice of Referral of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit** were mailed today to the following parties at their respective address as shown in the Court's records:

Karen Singh
PO Box 162783
Sacramento CA  95816

Office of the U.S.
Trustee
501 I St #7-500
Sacramento CA  95814

Lawrence J. Loheit
PO Box 1858
Sacramento CA  95812

Stephen Lipworth
543 Bolton Place
Houston TX  77024

Raj Singh
PO Box 162783
Sacramento, CA 95816

Dated: 07/30/10

BY: _____
Deputy Clerk

EDC 3-071 (9/02)

7

U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

NHAS

AUG 0 2 2010

FILED

FILED

DOCKETED

JUL 2 8 2010

1  Raj Singh
P.O. Box 162783
2  Sacramento, CA 95816
In Pro Se
3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

4

5

6           THE UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF CALIFORNIA
7                  SACRAMENTO DIVISION
                        -ooo-
8

9  In Re to Bankruptcy of Raj    )   Case No. 10-28544-E-13L
   Singh, Debtor                 )   Adv. Proc. No. 10-02231-E
   ----------------------------- )
10                               )
   Raj Singh,                    )
11            Plaintiff,         )   DESINATION OF RECORD
                                 )
12           v.                  )
                                 )
13 Karen Singh and Does 1-10,    )
              Defendants.        )
14

15 Petitioner requests to include all the documents in the

16 adversary proceedings.

   Respectfully submitted
17

18

   Raj Singh, petitioner
19 Durga, Radha, Sita Raksha karo

20

21

22

23

24

25

                            -2-

8

RECEIVED
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

AUG 0 2 2010

FILED _____

DOCKETED _____
                DATE        INITIAL

NHAS

**FILED**

JUL 2 8 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1  | Raj Singh
   | P.O. Box 162783
2  | Sacramento, CA 95816
   | In Pro Se
3
4
5
6                    THE UNITED STATES BANKRUPTCY COURT
                        EASTERN DISTRICT OF CALIFORNIA
7                          SACRAMENTO DIVISION
                                -ooo-
8
9   In Re to Bankruptcy of Raj  )      Case No. 10-28544-E-13L
    Singh, Debtor                )      Adv. Proc. No. 10-02231-E
10  ---------------------------- )
    Raj Singh,                   )
11            Plaintiff,         )      STATEMENT OF ISSUES ON APPEAL
                                 )
12          v.                   )
                                 )
13  Karen Singh and Does 1-10,   )
              Defendants.        )
14
15  Petitioner has the following issues in this appeal:
16        1. The Judgment or order should have been in favor of
17           petitioner.
    Respectfully submitted
18
19  _____
    Raj Singh, petitioner
20  Durga, Rama Sita Raksha karo
21
22
23
24
25

                              -4-

RECEIVED
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

AUG 0 2 2010

NHAS

FILED

FILED .

DOCKETED
        DATE        . INITIAL

JUL 2 8 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1  Raj Singh
   P.O. Box 162783
2  Sacramento, CA 95816
   In Pro Se
3

4

5

6              THE UNITED STATES BANKRUPTCY COURT
                 EASTERN DISTRICT OF CALIFORNIA
7                    SACRAMENTO DIVISION
                          -oOo-
8

   In Re to Bankruptcy of Raj    )   Case No. 10-28544-E-13L
9  Singh, Debtor                 )   Adv. Proc. No. 10-02231-E
   ----------------------------- )
10                               )
   Raj Singh,                    )
11           Plaintiff,          )   NOTICE TO PROCEED WITHOUT
                                 )   REPORTER'S TRANSCRIPT
12           v.                  )
                                 )
13 Karen Singh and Does 1-10,    )
             Defendants.         )
14

15       Petitioner requests to PROCEED WITHOUT REPORTER'S

16  TRANSCRIPT in this appeal.

    Respectfully submitted
17

18  _____
    Raj Singh, petitioner
19  Durga, Radha, Sita Raksha karo

20

21

22

23

24

25

                          -3-

# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**RE:** RAJ SINGH

**Appellant:** Raj Singh

**BAP No.:** EC-10-1290

**Bk. No.:** 10-28544E-13L                    **Adv. No.(s):** 10-02231

## OPENING LETTER

Notice of Appeal in this case has been received by the Bankruptcy Appellate Panel (BAP) and assigned the case number above.

For all BAP cases filed on or after March 31, 2010, electronic filing using the BAP's Case Management/Electronic Case Filing (CM/ECF) docketing system is **mandatory** for all attorneys. Please review the Administrative Order Regarding Electronic Filing in BAP Cases available on the BAP website www.bap9.uscourts.gov for further information.

For non-attorneys, all papers filed with the BAP should be in the form of an original and three copies.

The BAP docket and other court information is available through the National PACER system. http://www.bap9.uscourts.gov

Enclosed are the 9th Cir. BAP Rules governing practice before the BAP. Appeals are also governed by Parts VIII and IX of the Federal Rules of Bankruptcy Procedure (F.R.B.P.), and some parts of the Federal Rules of Appellate Procedure (F.R.A.P.) See 9th Cir. BAP Rule 8018(b)-1.

Pursuant to 9th Cir. Rule 8001(a)-1, please immediately send the BAP Clerk a copy of the signed and entered order or judgment being appealed if it was not attached to your notice of appeal.

After a Notice of Appeal has been filed, the parties' next step in prosecuting this appeal is compliance with F.R.B.P 8006 and 8007, which require Appellant to file within 14 days in the bankruptcy court a designation of the record, statement of issues on appeal, and a notice regarding the ordering of transcripts. Under these rules Appellee may also file a supplemental designation of the record and order transcripts. The party ordering the transcripts must make satisfactory arrangements for payment of their costs.

Even if transcripts are not ordered, Appellant is required to file with the bankruptcy court a notice stating that none are required. See also 9th Cir. BAP R. 8006-1.

The parties should note that the designation of the record under F.R.B.P. 8006 is a necessary procedural step in prosecuting an appeal and the parties may not later include in their excerpts of the record documents which have not been designated.

The record and bankruptcy file remain with the Clerk of the bankruptcy court and the Panel reviews only those items which are reproduced and included in the excerpts of the record filed at the time of the briefs. While the Panel may call up the formal record, in practice this rarely occurs.

Further, it is the parties' responsibility to monitor the appeal to ensure that transcripts are timely filed and the record is completed in a timely manner. Under F.R.B.P. 8007(a), the court reporter is required to file transcripts within 30 days of receipt of the parties' request, unless an extension has been granted.

After the record is complete, the Clerk of the bankruptcy court will send a Certificate of Record, sometimes referred to as a Certificate of Readiness or Certificate of Transcripts, to the BAP Clerk.

Appeals are set for hearing in the bankruptcy district from which the appeal arose whenever feasible. To expedite the appeal or if the parties feel argument is unnecessary, they may file a stipulation or motion to submit their appeal on the briefs and record, thereby waiving oral argument. The Panel will also consider stipulations requesting an alternative hearing location or hearing by telephone conference. Such motions should be filed at the earliest possible scheduled date, generally with the opening brief, as once a case has been scheduled for argument, continuance and request of change time and place are rarely granted.

<u>CERTIFICATE OF MAILING</u>

The undersigned, deputy clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document on which this certificate appears was transmitted this date to all parties of record to this appeal.

**By:** Vicky Jackson-Walker, Deputy Clerk

**Date:** August 5, 2010

# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**To:** Clerk, Sacramento Bankruptcy Court
**Debtor(s):** RAJ SINGH
**BAP No.:** EC-10-1290
**Bk. Ct. No.:** 10-28544E-13L                    **ADV. NO.:** 10-02231

**INTERNAL Bk. Ct. NO.:** \*\*\*

The Bankruptcy Appellate Panel has received and docketed the notice of appeal referenced in the attached transmittal. The BAP case number is indicated above for your information.

If completion of the record has been delayed, please advise us as to the cause of the delay by completing the following checklist and sending a copy of this letter back to us:

**IF THE RECORD ON APPEAL IS COMPLETE, PLEASE SEND THE CERTIFICATE OF READINESS**

  Susan M Spraul, BAP Clerk

**By:** Vicky Jackson-Walker, Deputy Clerk
**Date:** August 5, 2010

  **A) REASONS WHY THE RECORD HAS NOT BEEN COMPLETED. THE FOLLOWING ITEMS HAVE NOT BEEN FILED:**

  [ ]  No Filing Fees paid
  [ ]  No Designation of Record
  [ ]  No Statement of Issues
  [ ]  No Notice Regarding the Transcript
  [ ]  No Reporter's Transcript(s)

      Reporter name:_____
      phone:_____
      Judge:_____
      Transcript date(s):_____

  [ ]  No Transcript Fees paid
  [ ]  Extension of Time Granted to Reporter:
       New deadline:_____
  [ ]  Other:_____

  **B) DEPUTY CLERK PROCESSING THIS APPEAL**

    1. Name:_____
    2. Phone:_____
    3. Date:_____

## BANKRUPTCY APPEAL TRANSMITTAL FORM

TO:     Bankruptcy Appellate Panel of the Ninth Circuit
        125 S. Grand Avenue
        Pasadena, CA 91105

FROM:   U.S. Bankruptcy Court
        Eastern District of California
        District Office No. 0972

DATE:   07/30/10

> **FILED**
>
> **07/30/10**
>
> UNITED STATES BANKRUPTCY COURT
> EASTERN DISTRICT OF CALIFORNIA

BAP# EC-10-1290

Case Name: Raj Singh

Bankruptcy No. 10-28544 E-13L

Adversary No. 10-02231

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

AUG 0 2 2010

FILED _____

DOCKETED _____
                    DATE        INITIAL

Reference No. _____

Bankruptcy Judge: Ronald H. Sargis

Date Notice of Appeal Filed: July 28, 2010

Date of Entry of Order Appealed From: July 13, 2010

Date Bankruptcy Filed: April 2, 2010

Date Notice of Appeal and  Notice of
Referral of Appeal Mailed to Parties: July 30, 2010

Filing Fee Paid?  (Check One)    [ ]    Yes    [✓] No  see in forma Pauperis

Deputy Clerk
U.S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814-2322
(916) 930-4400

EDC 2-850 (Rev. 1/30/06)



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

**07/30/10**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re   Raj Singh )
)
)
)
)
_____ Debtor(s) )   Bankruptcy Case No.   10-28544 E-13L
)
Raj Singh )   Adversary Proceeding No. 10-2231
)                                              RECEIVED
Plaintiff(s), )   Motion Control No.        Susan M. Spraul, Clerk
)                                             U.S. BKCY. APP. PANEL
vs. )                                             OF THE NINTH CIRCUIT
Karen Singh )                                       AUG 0 2 2010
)
)   FILED _____
_____ Defendant(s) )
DOCKETED _____
                                                    DATE          INITIAL

## NOTICE OF REFERRAL OF APPEAL TO THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

The attached notice of appeal has been filed with the Clerk of the U.S. Bankruptcy Court for the Eastern District of California.

**NOTICE IS HEREBY GIVEN** that by virtue of 28 U.S.C. §158, and orders of the Judicial Council of the Ninth Circuit and the U.S. District Court for the Eastern District of California, the appeal has been referred to the Bankruptcy Appellate Panel of the Ninth Circuit.

**NOTICE IS FURTHER GIVEN** that any party other than the appellant wishing to have the appeal heard by the U.S. District Court must, within 30 days of the date of this notice, file with the Clerk of the Bankruptcy Appellate Panel a separate written statement of election to transfer the appeal to the U.S. District Court for the Eastern District of California. Upon receipt of a timely statement of election, the Clerk of the Bankruptcy Appellate Panel shall transfer the appeal to the U.S. District Court for the Eastern District of California, in conformity with the foregoing orders and their provisions for election to district court.

For additional information, you may contact the Clerk of the Bankruptcy Appellate Panel for the Ninth Circuit at 125 S. Grand Ave., Pasadena, CA 91105 (telephone: (626) 229-7225).

Dated:  07/30/10                              RICHARD G. HELTZEL, CLERK
                                             U.S. BANKRUPTCY COURT
                                             501 I Street, Suite 3-200
                                             Sacramento, CA 95814-2322
                                             (916) 930-4400            ▪
                                             BY: _____
EDC 5-563 (Rev.1/30/06)                                      Deputy Clerk

CES

NHAS

Raj Singh
P.O. Box 162783
Sacramento, CA 95816
In Pro Se

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

AUG 0 2 2010

FILED _____

DOCKETED _____
    DATE        INITIAL

**FILED**

JUL 2 8 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

BAP# EC-10-1290

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION
-oOo-

In Re to Bankruptcy of Raj            )      Case No. 10-28544-E-13L
Singh, Debtor                          )      Adv. Proc. No. 10-02231-E
-----------------------------          )
                                       )
Raj Singh,                             )      NOTICE OF APPEAL
          Plaintiff,                   )
                                       )
          v.                           )
                                       )
                                       )
Karen Singh and Does 1-10,             )
          Defendants.                  )

## PETITIONER APPEALS FROM THE

## JUDGEMENT/ORDER FROM THE ADVERSE

## PROCEEDING.

Respectfully submitted


_____
Raj Singh, petitioner
Durga, Radha, Ye Raksha karo

-1-

20

```
                                    ┌─────────────────────────────┐
                                    │  FILED                       │
                                    │  ┌────────────────────────┐  │
                                    │  │   JUL 1 3 2010          │  │
                                    │  └────────────────────────┘  │
                                    │  UNITED STATES BANKRUPTCY    │
                                    │  COURT EASTERN DISTRICT OF   │
                                    │  CALIFORNIA                  │
                                    └─────────────────────────────┘
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 10-28544-E-13L |
| RAJ SINGH, | ) | |
| Debtor(s). | ) | |
| | ) | |
| RAJ SINGH, | ) | Adv. Pro. No. 10-2231 |
| Plaintiff(s), | ) | |
| v. | ) | |
| KAREN SINGH and DOES 1-10, | ) | |
| Defendant(s). | ) | |

**JUDGMENT**

The Complaint filed by Raj Singh for declaratory relief against Karen Singh having been filed with this court and Plaintiff Raj Singh having requested entry of judgment by evidentiary hearing based upon no answer having been filed, and good cause appearing,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant Karen Singh on all claims in the Complaint, and that Plaintiff's demand for a declaratory judgment that Raj Singh is not Kaus Singh or Suman Mahta is denied.

///

22

1     **IT IS FURTHER ORDERED** that Karen Singh may recover her costs

2 and expenses, as permitted the prevailing party, which shall be

3 sought pursuant to a timely costs bill.

4 Dated: July 13, 2010

5                RONALD H. SARGIS, Judge

6                United States Bankruptcy Court

2



**FILED**

**07/30/10**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re   Raj Singh                )   Bankruptcy Case No.  10-28544 E-13L
                                 )
                                 )   Adversary No.  10-02231
                                 )
                                 )   Motion Control No.
_____ Debtor(s) ___  )

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

AUG 0 2 2010

FILED _____

DOCKETED _____
                DATE            INITIAL

## CERTIFICATE OF MAILING

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the attached **Notice of Appeal and Notice of Referral of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit** were mailed today to the following parties at their respective address as shown in the Court's records:

Karen Singh
PO Box 162783
Sacramento CA  95816

Office of the U.S.
Trustee
501 I St #7-500
Sacramento CA  95814

Lawrence J. Loheit
PO Box 1858
Sacramento CA  95812

Stephen Lipworth
543 Bolton Place
Houston TX  77024

Raj Singh
PO Box 162783
Sacramento, CA 95816

Dated:  07/30/10 _____

BY: _____
         Deputy Clerk

EDC 3-071 (9/02)

23



NHAS

Raj Singh
P.O. Box 162783
Sacramento, CA 95816
In Pro Se

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

AUG 0 2 2010

FILED
DOCKETED
        DATE        INITIAL

**FILED**

**JUL 2 8** 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

THE BANKRUPTCY APPELLATE PANEL
-ooo-

In Re to Bankruptcy of Raj )   CASE NO.    :
Singh, Debtor            )
---------------------------- )   Bankruptcy Court Case No.:
                           )                10-28544-E-13L
Raj Singh,                 )   Adv. Proc. No. 10-02231-E
        Plaintiff,          )
                           )
    v.                     )   MOTION  FOR  LEAVE  TO
                           )   PROCEED  *IN  FORMA  PAUPERIS*
                           )
Karen Singh and Does 1-10, )
        Defendants.         )

The petitioner asks leave to file the attached Notice of Appeal without prepayment of costs and to proceed *in forma pauperis*.

Petitioner has previously been granted leave to proceed
*in forma pauperis* in all the courts including the following courts:
Bankruptcy Appellate Panel, Superior Court, The Court of Appeal
and The Supreme Court for the State of California.

Petitioner's affidavit or declaration in support of this motion is attached hereto.

Respectfully submitted


Raj Singh, petitioner
Durga, Radha, Sita Raksha karo

(3) 24

## FINANCIAL AFFIDAVIT

CJA 23
Rev. 5/98     IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT | or | ☒ OTHER PANEL (Specify below) | |
|---|---|---|---|---|---|---|

IN THE CASE

In re Raj Singh     V.S.

FOR

AT
Bankruptcy Appellate Panel

LOCATION NUMBER ▶

PERSON REPRESENTED (Show your full name)

Raj Singh

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

| 1 ☐ | Defendant-Adult |
| 2 ☐ | Defendant - Juvenile |
| 3 ☒ | Appellant |
| 4 ☐ | Probation Violator |
| 5 ☐ | Parole Violator |
| 6 ☐ | Habeas Petitioner |
| 7 ☐ | 2255 Petitioner |
| 8 ☐ | Material Witness |
| 9 ☐ | Other |

DOCKET NUMBERS
Magistrate

District Court

Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed?   ☐ Yes   ☒ No   ☐ Am Self-Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?   ☐ Yes   ☒ No

IF YES, how much does your Spouse earn per month? $   N.A.

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☒ Yes   ☐ No

| | RECEIVED | SOURCES |
|---|---|---|
| IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES | $ 200 | Disability |
| | $ | |
| | $ | |

**CASH**

Have you any cash on hand or money in savings or checking accounts?   ☒ Yes   ☐ No   IF YES, state total amount $ 72

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☒ No

| | VALUE | DESCRIPTION |
|---|---|---|
| IF YES, GIVE THE VALUE AND DESCRIBE IT | $ | |
| | $ | |
| | $ | |
| | $ | |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☒ SEPARATED OR DIVORCED

Total No. of Dependents

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| MANY TO LIST | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on (date) 7/18/2010

SIGNATURE OF DEFENDANT ▶
(OR PERSON REPRESENTED)

Court
Home

Case
Search

Calendar   Opinions   Orders/Judgments   Billing
History

Court
Information

XML   TXT   Logout   Help

**General Docket**
**U. S. Bankruptcy Appellate Panel for the Ninth Circuit**

| | |
|---|---|
| **Bankruptcy Appellate Panel Docket #:** 10-1290 | **Docketed:** 08/05/2010 |
| Raj Singh v. Lawrence Loheit, et al | |
| **Appeal From:** California Eastern - Sacramento | |
| **Fee Status:** fee due | |

**Case Type Information:**
  **1)** Bankruptcy
  **2)** Chapter 13 Non-Business - Adv
  **3)** null

**Originating Court Information:**
  **District:** 0972-2 : 10-28544E-13L          **Adversary Proceeding:** 10-02231
  **Trial Judge:** Ronald H. Sargis, U.S. Bankruptcy Judge
  **Date Filed:** 04/02/2010

| **Date Order/Judgment:** | **Date NOA Filed:** | **Date Rec'd BAP:** |
|---|---|---|
| 07/13/2010 | 07/28/2010 | 08/02/2010 |

**Prior Cases:**
  None

**Current Cases:**
  None

| **Panel Assignment:** | Not available |
|---|---|

---

In re: RAJ SINGH
         Debtor

------------------------------

RAJ SINGH                          Raj Singh
         Appellant              [NTC Pro Se]
                                      P.O. Box 162783
                                      Sacramento, CA 95816

v.

LAWRENCE J. LOHEIT            Lawrence J. Loheit
         Appellee              [NTC Pro Se]
                                       Po Box 1858
                                      Sacramento, CA 95812-1858

UST- UNITED STATES TRUSTEE, SACRAMENTO
         Appellee

KAREN SINGH                 Karen Singh
         Appellee              [NTC Pro Se]
                                      P.O. Box 162783
                                      Sacramento, CA 95816

In re:  RAJ SINGH

            Debtor

------------------------------

RAJ SINGH

            Appellant

v.

LAWRENCE J. LOHEIT; UST- UNITED STATES TRUSTEE, SACRAMENTO; KAREN SINGH

            Appellees

| 08/02/2010 | ☐ 🖳 6 pg, 862.18 KB | Received notice of appeal filed in Bankruptcy Court on 07/28/2010, notice of referral, transmittal form. (VJ) |
|---|---|---|
| 08/02/2010 | ☐ 🖳 3 pg, 378.82 KB | Received from Bankruptcy Court copy of Appellant's Designation of record, Statement of issues on appeal and Notice to proceed without reporter's transcript filed in Bk. Ct. 07/28/2010. (VJ) |
| 08/02/2010 | ☐ 🖳 2 pg, 405.5 KB | Filed original and 0 copies of Party Raj Singh for Appellant Raj Singh's motion to proceed in forma pauperis; served on No pos. (VJ) |
| 08/05/2010 | ☐ 🖳 3 pg, 78.4 KB | Notice to all parties and Bankruptcy Court RE: BAP Case number assigned: EC-10-1290. (VJ) |
| 08/24/2010 | ☐ | Filed order (HOLLOWELL, DUNN and PAPPAS) Appellant's IFP Request is hereby TRANSFERRED to the United States District Court for the Eastern District of California for the limited purpose of ruling on the IFP Motion. No later than THURSDAY, SEPTEMBER 23, appellant must file with the BAP and serve on opposing counsel a written response which includes as an exhibit a copy of the district court's order on the IFP Motion or an explanation of the steps appellant has taken to have the IFP Motion considered by the district court. (VJ) |
| 08/24/2010 | ☐ 🖳 10 pg, 1.28 MB | Order Transferring IFP Motion to Sacramento District Court: for the limited purpose of ruling on the IFP Motion. (VJ) |

Clear All

● **Documents and Docket Summary**
○ **Documents Only**

☑ **Include page numbers**

**Selected Pages:** 0          **Selected Size:** 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/24/2010 14:25:24 | | | |
| **PACER Login:** | us5194 | **Client Code:** | |
| **Description:** | Docket Report (full) | **Search Criteria:** | 10-1290 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |