IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:

RAJ SINGH,

    Debtor.
_____/

No. Misc. S-10-0084 FCD EFB

BAP No. EC-10-1290

RAJ SINGH,

    Appellant,

  vs.

LAWRENCE J. LOHEIT, Chapter 13 Trustee; UNITED STATES TRUSTEE; KAREN SINGH;

    Appellees.
_____/

ORDER

On August 24, 2010, the United States Bankruptcy Appellate Panel of the Ninth Circuit transferred appellant Raj Singh's application to proceed *in forma pauperis* ("IFP") to this court "for the limited purpose of ruling on the IFP motion." Dckt. No. 1 at 2. Appellant requests authority pursuant to 28 U.S.C. § 1915 to proceed IFP, and has submitted the affidavit required thereunder which demonstrates that plaintiff is unable to prepay fees and costs or give security thereof. Dckt. No. 2. Accordingly, the request to proceed IFP is granted. 28 U.S.C. § 1915(a).

1

1  Because there is nothing further for this court to do, the Clerk of Court is directed to close this
2  miscellaneous case.
3      SO ORDERED.
4  DATED: August 26, 2010.

                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE